ELLEN F. ROSENBLUM
Attorney General
AARON D. KELLEY  #210615
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  aaron.kelley@doj.state.or.us

Attorneys for Defendants State of Oregon

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| JACOB LEMARROY,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF OREGON, LELAND BEAMER, MICHAEL HOLDEN AND TINA REYNOLDS,<br><br>    Defendants. | Case No.  1:23-CV-01569-AA<br><br>LIMITED JUDGMENT OF DISMISSAL OF DEFENDANT LELAND BEAMER ONLY WITH PREJUDICE |

Based upon the parties' Fed. R. Cv. P. 41 Stipulated Dismissal dismissing all of plaintiff Jacob Lemarroy's claims against defendant Leland Beamer with prejudice,

Page 1 -   LIMITED JUDGMENT OF DISMISSAL OF DEFENDANT LELAND BEAMER ONLY
           WITH PREJUDICE
       AK1/lnt/983107167

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

IT IS HEREBY ADJUDGED that all claims against defendant Leland Beamer only are dismissed in their entirety, with prejudice and without costs or fees to either party.

DATED: February 20, 2025

    /s/Ann Aiken
HONORABLE ANN AIKEN
U. S. District Court Judge

Submitted by: Aaron D. Kelley
Assistant Attorney General
Attorneys for Defendants

Page 2 -   LIMITED JUDGMENT OF DISMISSAL OF DEFENDANT LELAND BEAMER ONLY
             WITH PREJUDICE
AK1/lnt/983107167

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000